Local Form 4A                                                                                    March 2013

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In re: ) | Case No. 14-30449 |
| ) | |
| Andrew S. Harper ) | |
| SSN: xxx-xx-8540 ) | Chapter 13 |
| 4421 Highcroft Lane ) | |
| Charlotte, NC  28269 ) | |
| Debtor(s) ) | |

### _AMENDMENT TO:_

### CHAPTER 13 PLAN, INCLUDING NOTICE OF MOTION(S) FOR VALUATION; MOTION(S) TO AVOID CERTAIN LIENS; MOTION(S) FOR ASSUMPTION AND REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND NOTICE OF OPPORTUNITY FOR HEARING ON CONFIRMATION OF THE PLAN INCLUDING ALL MATTERS AS SET FORTH IN THE PLAN,
### FOR CASES FILED ON OR AFTER MARCH 1, 2013

Check for motions applicable to this plan amendment:

( ) Motion to Value Liens Includes Valuation of Property Securing A Claim
( ) Motion to Value Liens includes Valuation of Property Securing A Claim in an Amount Less than the Amount of the Claim
( ) Motion to Avoid Liens § 522(f)
( ) Motion to Assume  Executory Contracts(s) and Unexpired Leases
( ) Motion to Reject Executory Contract(s) and Unexpired Leases
( x ) No motions applicable to this plan amendment

The Chapter 13 Plan, including certain motions and other provisions, is hereby **amended** as follows:

The debtor proposes a base plan to pay $2,115.00 per month for 60 months.

TAKE NOTICE:  Your rights may be affected. You should read this amendment to the Chapter 13 Plan carefully, including any motions contained in the amended plan, and discuss them with your attorney, if you have one, in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to confirm the proposed plan of the debtor or debtors ("Debtor") as amended, including any of the motions included in the amended plan, or if you want the Court to consider your views on these matters, then you or your attorney must file with the Court a written objection to confirmation and request for hearing on confirmation at the following addresses:

Cases filed in the **Charlotte, Shelby, or Wilkesboro** Divisions:

Clerk, U.S. Bankruptcy Court, 401 West Trade St., Room 111, Charlotte, N.C. 28202

Cases filed in the **Asheville or Bryson City** Divisions:

Clerk, U.S. Bankruptcy Court, Room 112, 100 Otis Street, Asheville, N.C. 28801

    Your objection to confirmation and request for hearing must include the specific reasons for your objection and must be filed with the Court no later than 14 days following the conclusion of the § 341 meeting of creditors, or within 14 days of service of the amendment, whichever is later. If you mail your objection to confirmation to the Court for filing, you must mail it early enough so that the Court will receive it on or before the deadline stated above. You must also serve a copy of your objection to confirmation on the Debtor at the address listed in the notice of the meeting of creditors. The Debtor's attorney and the Chapter 13 Trustee will be served electronically. If any objections to confirmation are filed with the Court, the objecting party will provide written notice of the date, time, and location of the hearing. No hearing will be held unless an objection to confirmation is filed.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the proposed plan of the Debtor as amended, including any motions contained in the amended plan, and may enter an order confirming the amended plan and granting the motions. **Any creditor's failure to object to confirmation of the proposed plan as amended shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).**

    I declare under penalty of perjury that the information provided in the Amendment to Chapter 13 Plan, including Notice of Motion(s) for Valuation; Motion(s) to Avoid Certain Liens; and Motion(s) for Assumption and Rejection of Executory Contracts and Unexpired Leases; are true and correct as to all matters set forth herein.

Dated 5/5/14                                          /s/ Andrew S. Harper
                                                           Debtor's Signature

Dated_____            _____
                                                           Debtor's Signature

I hereby certify that I have reviewed this document with the Debtor and that the Debtor has received a copy of this document.

Dated 5/5/14                                          /s/ G. Martin Hunter
                                                           Attorney for the Debtor

## Certificate of Service

     This is to certify that copies of the foregoing Amendment were served by U.S. Mail, first class postage prepaid, to the creditors on the attached matrix, except for Wells Fargo Bank, N.A., which was served by certified mail/return receipt requested, attention President.

This 5th day of May, 2014.

                                             /s/ G. Martin Hunter
                                             Attorney for the Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0419-3<br>Case 14-30449<br>Western District of North Carolina<br>Charlotte<br>Mon May  5 14:05:29 EDT 2014 | Charlotte Division<br>401 West Trade Street<br>Charlotte, NC 28202-1633 | AT&T<br>c/o Afni, Inc.<br>404 Brock Dr.<br>Bloomington, IL 61701-2654 |
| Bank of America, N.A.<br>7105 Corporate Drive<br>MSN PTX-C-35<br>Plano, TX 75024-4100 | CMC-UNIVERSITY<br>PO BOX 32861<br>CHARLOTTE, NC 28232-2861 | Carolinas Medical Center - University<br>P.O. Box 32861<br>Charlotte, NC 28232-2861 |
| Charlotte Eye Ear Nose & Throat<br>6035 Providence Rd.<br>Charlotte, NC 28226 | Charlotte Radiology<br>P.O. Box 30488<br>Charlotte, NC 28230-0488 | City-County Tax Collector<br>P.O. Box 31457<br>Charlotte, NC 28231-1457 |
| EMP of Mecklenburg County<br>4535 Dressler Road NW<br>Canton, OH 44718-2545 | Escallate, LLC<br>P.O. Box 3521<br>Akron, OH 44309-3521 | Fastmed Urgent Care<br>935 Shotwell Road<br>Suite 108<br>Clayton, NC 27520-5598 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Field Insolvency Office<br>4905 Koger Blvd.<br>Suite 102<br>Greensboro, NC 27407-2703 |
| Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Macy's<br>P.O. Box 8218<br>Mason, OH 45040-8218 | Mecklenburg County Tax Collector<br>Office of the Tax Collector<br>Tax Bankruptcy Section<br>P.O. Box 31637<br>Charlotte, NC 28231-1637 |
| NC Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | Nationwide Insurance<br>c/o NCO Financial<br>P.O. Box 15636<br>Wilmington, DE 19850-5636 | Nina L. Jones<br>4610 Hackberry Grove Circle<br>Apt. 2223<br>Charlotte, NC 28269-1595 |
| North Carolina Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | Novant Medical Group, Inc.<br>10810 Mallard Creek Dr.<br>Charlotte, NC 28262-9786 | RMS<br>P.O. Box 280431<br>East Hartford, CT 06128-0431 |
| Sprint<br>c/o Enhanced Recovery Co., LLC<br>8014 Bayberry Rd.<br>Jacksonville, FL 32256-7412 | Wells Fargo Bank, N.A.<br>P.O. Box 19657<br>Irvine, CA 92623-9657 | Wells Fargo Dealer Service<br>P.O. Box 25341<br>Santa Ana, CA 92799-5341 |
| Andrew S. Harper<br>4421 Highcroft Lane<br>Charlotte, NC 28269-8148 | G. Martin Hunter<br>G. Martin Hunter, Attorney at Law<br>301 S. McDowell St., Suite 1014<br>Charlotte, NC 28204-2660 | Warren L. Tadlock<br>4600 Park Road, Suite 101<br>Charlotte, NC 28209-0201 |