**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:                                                     CASE NO: 14-30449

Andrew S. Harper

SSN# : XXX-XX-8540

## MOTION OF TRUSTEE TO MODIFY PLAN

The undersigned, being the Standing Trustee for the debtor listed above, hereby moves the court as follows: Subsequent to the confirmation, the trustee has reviewed this case and believes the plan of the debtor will no longer meet the requirements of the bankruptcy code due to the following reason:

| Trustee Claim # | Clerk Claim # | Creditor Name | Account Number | Scheduled Claim Amount | Filed Claim Amount | Claim Type |
|---|---|---|---|---|---|---|
| 3 | 8 | CHRISTIANA TRUST | 5530 | $39,886.53 | $53,672.79 | N-Mortgage/Lease Arrears |

**1. The above-referenced claim(s) was scheduled for a lesser amount.**

**2. Plan payments are in arrears.**

The trustee recommends that the plan be modified as follows:

**Your monthly plan payment will be increased to $2,500.00.**
**Base will be adjusted as needed.**

DATED: September 19, 2014                                                          Warren L. Tadlock
                                                                                   Standing Chapter 13 Trustee
                                                                                   5970 Fairview Road, Suite 650
                                                                                   Charlotte, NC  28210-2100

**\*\*NOTICE OF OPPORTUNITY FOR HEARING ON REVERSE SIDE\*\***

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:
Andrew S. Harper                                                                        CASE NO: 14-30449

SSN# :   XXX-XX-8540

### NOTICE OF OPPORTUNITY FOR HEARING

The Chapter 13 trustee has filed papers in the bankruptcy case for the debtor named above requesting a <u>Motion to Modify Plan.</u>

<u>**Your rights may be affected.**</u>  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the relief requested by the trustee in the motion, or if you want the court to consider your views on the motion, then by October 06, 2014, you or your attorney must file with the court a written response to the motion and a request for a hearing at the following address:

Clerk, U.S. Bankruptcy Court
401 W Trade St.
Charlotte, NC  28202

If you **mail** your response to the court for filing, you must mail it early enough for the court to **receive** it on or before the deadline stated above.

If you file a response, then a hearing on the trustee's motion will be held at the following time and place:

Date: October 14, 2014                Time: 10:00 AM

Location:    Charles Jonas Federal Building
             Room 126
             401 West Trade Street
             Charlotte, NC 28202-1619

**No hearing will be held unless a response is filed.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: September 19, 2014                                                         Warren L. Tadlock
                                                                                   Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE: CASE NO: 14-30449
Andrew S. Harper

SSN# : XXX-XX-8540

### CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on September 22, 2014.

S. Terry
Office of the Chapter 13
Trustee

Andrew S. Harper, 4421 Highcroft Lane, Charlotte, NC  28269